## AFFIDAVIT OF SPECIAL AGENT TIMOTHY R. KENNY

I, Special Agent Timothy R. Kenny, being sworn, depose and state as follows in support of my application for a complaint charging that, on or about October 22, 2021, in Dedham, Massachusetts, and elsewhere, Kevin CARDOSO, a/k/a "Kevi-kev," possessed with intent to distribute controlled substances, specifically, cocaine and fentanyl, Schedule II controlled substances, in violation of 21 U.S.C. § 841 (the "Target Offense").

## INTRODUCTION

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.  I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2014.  For much of that time, I have been engaged in gang and drug investigations. I am currently assigned to the FBI's Boston Office.  Based on my training and experience as a Special Agent, I am familiar with federal narcotics, firearm, and money laundering laws.  In this regard, I know that it is a violation of 21 U.S.C. § 841(a)(1) to possess with intent to distribute, distribute, and/or to conspire to possess with intent to distribute or distribute controlled substances, including cocaine and fentanyl.

2.      Since becoming a Special Agent with the FBI, I have participated in investigations of narcotics trafficking and money laundering, and among other things, have conducted or participated in physical surveillance, the execution of search warrants, debriefings of subjects, witnesses, and informants, and participated in consensually recorded conversations and meetings.  Through my training, education, and experience, I am familiar with the manner in

which illegal drugs are transported, stored, and distributed, and with the methods of payment for such drugs.

3.     I have written and/or participated in the execution of numerous search warrants resulting in the seizures of large quantities of controlled substances, packing implements, other paraphernalia involved in the manufacture and distribution of controlled substances, large amounts of United States currency, ledger books, bank records, telephone books, receipts, drug customer lists, and other documents relating to the manufacturing, transportation, ordering, purchasing, and distribution of controlled substances.  I have participated in the debriefing of defendants, informants, and witnesses who had personal knowledge regarding large-scale drug trafficking organizations.  I have participated in all aspects of drug investigations including conducting surveillance, executing searches pursuant to court-ordered search warrants, and conducting arrests.  As a result of my assignments, I have received extensive specialized training in the field of narcotics identification, investigation, and enforcement.

4.     Based upon my training and experience, I am familiar with the methods of operation employed by narcotics traffickers operating at the local, state, national, and international levels, including those involving the distribution, storage, and transportation of narcotics and the collection of monies that constitute the proceeds of narcotics trafficking activities.  I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance.  I am also aware that narcotics traffickers speak in vague, guarded, or coded language when discussing their illegal activities, use text messages in lieu of phone calls to avoid speaking over the

telephone, and employ a variety of counter-surveillance techniques to detect if their vehicles are being followed by law enforcement.

5.      The facts in this Affidavit have come from my personal observations, my training and experience, my review of reports prepared by other agents, and information obtained from a variety of other sources, including other law enforcement officers and agents, task force officers, state and local law enforcement officers, public records, and consensually recorded telephone calls, text messages, and meetings.  The word "agent" or "investigator" is used in this Affidavit for all federal, state, and local law enforcement officers.  This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant charging Kevin CARDOSO ("CARDOSO") (born 1996), a/k/a "Kevi-Kev," with Possession with Intent to Distribute Controlled Substances, namely Cocaine and Fentanyl, Schedule II Controlled Substances, in violation of 21 U.S.C. § 841, i.e., the Target Offense.

6.      The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, information from confidential informants, public records, database checks, and other investigative techniques.  The dates and times in this affidavit are approximate.  Because this affidavit is submitted for the limited purpose of supporting the issuance of an arrest warrant for CARDOSO, I have not presented every fact learned during the investigation or recounted every investigative technique employed.  Rather, I am only setting forth information necessary to fully support probable cause for the issuance of a complaint.

## **BACKGROUND**

7.      The investigation has shown that CARDOSO is involved in trafficking marijuana, cocaine, and fentanyl.  A check of the Massachusetts Board of Probation and Interstate

Identification Index indicates that CARDOSO has a criminal history that includes convictions for possession with intent to distribute cocaine (2016) and open prosecutions for possession of a firearm without a permit (2018), possession of a loaded firearm (2018), possession of a large capacity weapon (2018), receiving stolen property (2018), possession to distribute a class D controlled substance (2018), conspiracy to violate the controlled substance act (2018), assault and battery with a firearm (2016), armed assault to murder (2016), possession of a firearm (2016), carrying a firearm (2016), and possession of ammunition (2016).  Despite multiple cases charged in Plymouth Superior Court, CARDOSO was on pretrial release. As part of his pretrial release conditions set in these open cases prior to October 22, 2021 (including during the periods set forth herein), CARDOSO was required to wear an electronic monitoring bracelet.  According to probation, CARDOSO has listed an address in Brockton, Massachusetts, but is not required to physically reside at that address.  From my work on this investigation, I know that that listed address is the same address that appears on his driver's license.

8.     On October 22, 2021, investigators arrested CARDOSO following the below-described search warrants and charged him in Middlesex County, Massachusetts with possession of a large capacity weapon or feeding device, possession of ammunition, and committing a firearms violation with a prior violent or drug crime.  As of November 30, 2021, CARDOSO is incarcerated at the Middlesex County House of Correction.

A.     **Snapchat Returns for CARDOSO's Accounts**

9.     Through its investigation, the FBI MBGTF has learned that CARDOSO uses Snapchat account, "kevikev357" ("the CARDOSO ACCOUNT"), to facilitate his drug trafficking activities.[1]  Investigators know from their involvement in this investigation, including

---

[1] According to Snapchat records, the CARDOSO ACCOUNT is active and was created on September 25, 2013 with phone number, "17742744913," and email address,

conversations with law enforcement officers personally familiar with CARDOSO, that CARDOSO uses the nickname "Kevi-kev."  Investigators believe that the Snapchat account name, "kevikev357," is a reference to his nickname.

10.     Investigators have reviewed information contained in the CARDOSO ACCOUNT.  Investigators also have reviewed various communications sent from and received by the CARDOSO ACCOUNT.  Based on this information and other information and records obtained during this investigation, investigators believe that CARDOSO has created, used, and controlled the CARDOSO ACCOUNT.  A review of certain content associated with the CARDOSO ACCOUNT obtained during this investigation included pictures and other information consistent with the CARDOSO ACCOUNT being used by and belonging to CARDOSO.  These include the below photograph of CARDOSO's driver's license, sent by the user of the CARDOSO ACCOUNT to another Snapchat account on or about April 8, 2021 date.

"kevincardoso23@yahoo.com".  Subscriber information for the phone number connected to the CARDOSO ACCOUNT traces to "no subscriber."



11.    On March 19, 2021, the CARDOSO ACCOUNT received a photograph from another Snapchat account. The photo depicted CARDOSO with a female whom investigators believe to be CARDOSO's paramour. Investigators are aware that CARDOSO and his paramour each list the same mailing address with the Massachusetts Registry of Motor Vehicles ("RMV"). Law enforcement is familiar with CARDOSO's appearance based on a review of his Massachusetts RMV photograph, as well as jail photographs from the Plymouth County Correctional Facility ("PCCF"). The images of the male in the below photograph match the RMV photograph and PCCF image for CARDOSO. Law enforcement believes that CARDOSO is the user of the CARDOSO ACCOUNT in part because of the frequency of images and information sent from or received by the CARDOSO ACCOUNT depicting CARDOSO.



*Photo sent to the CARDOSO*
*ACCOUNT on March 19, 2021*



*CARDOSO's MA RMV photo*

12.     Investigators reviewed content from the CARDOSO ACCOUNT, including audio, video, and photo messages, that revealed evidence of the Target Offense. The video and photo messages depicted large amounts of marijuana and suspected cocaine or fentanyl in quantities that appeared consistent with drug distribution based on law enforcement's training and experience. The video and photo messages also included large amounts of cash that appeared consistent with accumulated proceeds from drug trafficking. Furthermore, based on law enforcement's training and experience, investigators believe several audio, photo, written, and video messages sent from and received by the CARDOSO ACCOUNT relate to drug distribution activity.

B.   **Drug Activity Relating to CARDOSO Drug Stash Location – 6408 Station Circle, Dedham, Massachusetts ("Target Location 1")**

a.   **Snapchat Messages Depicting Drugs and Proceeds at Target Location 1**

13.   On September 9, 2021, at approximately 2:27 pm, the CARDOSO ACCOUNT sent video to another Snapchat account.  FBI subsequently obtained the video.  The video showed numerous Ziploc bags each containing what appeared to be several thousand red/orange pills.  The video also showed a large stack of cash amongst the pills.  Investigators know, based on training and experience, that drug traffickers often distribute pills consistent with those seen in this video.  The pills depicted in this video appear consistent with pressed Adderall brand pills that in fact are not pharmaceutical grade pills. Still images from that video follow depicting the red/orange pills:



14.   Investigators have reviewed CARDOSO's electronic monitoring location for the time and date this video was sent (September 9, 2021, at approximately 2:27 pm).  At that time,

electronic monitoring showed CARDOSO to be present in the vicinity of 6408 Station Circle (i.e., Target Location 1) within the Avalon Station 250 Apartment Complex, located in Dedham, Massachusetts.

15.     On September 28, 2021, at approximately 4:30 pm, the CARDOSO ACCOUNT sent videos to other Snapchat accounts.  FBI subsequently obtained these videos, which investigators reviewed.  The videos showed several brick-style packages on a countertop.  The videos zoomed in on one package.  The package was open, revealing its contents to be a white powder.  Based on training and experience, investigators recognized the white powder to be consistent with cocaine and/or fentanyl.  Based on training, experience, and the images of the controlled substances visible in the videos, investigators believe each package was approximately one kilogram in weight.  From their review of the videos, investigators believe that the video showed at least six-kilogram packages on the countertop.  Investigators believe that CARDOSO sent the videos to show that he was in possession of a supply of cocaine and/or fentanyl.  Still images from those videos follow:



*Stills from video showing suspected drugs at Target Location 1*

16.     Investigators have reviewed CARDOSO's electronic monitoring location for the time this video was sent (September 28, 2021 at approximately 4:30 pm).  At that time, electronic monitoring showed CARDOSO to be present in 6408 Station Circle (i.e., Target Location 1) within the Avalon Station 250 Apartment Complex in Dedham, Massachusetts.

17.     On numerous occasions between June 2021 and September 2021, CARDOSO sent written messages from the CARDOSO ACCOUNT to different individuals providing an address in the vicinity of Target Location 1, including "6000 Station Circle Dedham" or "8000 station circle Dedham ma".  Investigators believe, based on training and experience, that these messages indicate that CARDOSO met people at or in the immediate vicinity of Target Location 1.  Investigators further believe both the quantity and frequency of messages inviting individuals to Target Location 1's area indicate that CARDOSO has spent significant time at Target Location 1 and retained control and authority over the premises.  Based on training and experience, investigators believe that the discrepancies and vagueness in the provided address is common in drug trafficking activity.  Drug traffickers often meet with associates, including drug suppliers and drug customers, in the vicinity of a drug stash location without providing the stash location's exact address or location.  Rivals often target drug traffickers to identify their stash location(s) because drug traffickers commonly store large amounts of drugs and cash at stash locations, making the traffickers desirable targets for home invasions and robberies.  Further, drug traffickers are often the target of law enforcement investigations.  Drug traffickers know that law enforcement officers employ the use of confidential informants to conduct controlled purchases of drugs.  Drug traffickers know that conducting drug deals in their stash locations presents a serious risk of exposing their criminal activities to law enforcement.

**C.    Relevant Activity, Including Suspected Drug Proceeds, Relating to 99 Needham Street, Apartment 1422, Newton, Massachusetts ("Target Location 2")**

**a.    CARDOSO Maintains Separate Residence at Target Location 2**

18.    Law enforcement requested and reviewed CARDOSO's electronic monitoring locations for October 12, 13, 14, 15, 16, 17, and 18, 2021 at 4:00 am.  The location information indicated that on October 12, 2021 at approximately 4:00 am, CARDOSO was located in Building 6000 (where 6408 Station Circle, i.e., Target Location 1 is located) within the Avalon Station 250 Apartment Complex in Dedham, Massachusetts.  The location information indicated that on October 13 to 18, 2021 at approximately 4:00 am, CARDOSO was in Building 1 (where 99 Needham Street, Apartment 1422, i.e., Target Location 2, is located) of the Avalon at Newton Highland Apartment in Newton, Massachusetts.  Law enforcement conducted a search of Thomson Reuters CLEAR for CARDOSO's paramour.  The search revealed that CARDOSO's paramour maintains utilities at Target Location 2, as confirmed by CLEAR on April 2, 2021.

19.    On October 20, 2021, law enforcement issued an administrative subpoena to Avalon at Newton Highlands requesting rental records for apartment 1422 (Target Location 2).  On October 20, 2021, law enforcement received rental records for Target Location 2.  According to records from Avalon at Newton Highlands, Target Location 2 was rented on March 31, 2021 by individuals believed to be CARDOSO's parents.  The lease is set to end on March 30, 2022.  The lease agreement indicated that monthly rent would be $4,069.00 and that electricity, gas, water, and sewer would be paid by the resident.  Avalon further confirmed that CARDOSO's paramour submitted a rental application for Avalon at Newton Highlands on March 23, 2021 but that the application was rejected.  Investigators believe, based on the rental records, CARDOSO's electronic monitoring location records, and training, experience, and involvement in this investigation, that CARDOSO recruited his paramour to rent Target Location 2.  When

CARDOSO's paramour's application was rejected, investigators believe that CARDOSO recruited his parents to rent Target Location 2, where CARDOSO and his paramour reside. Consequently, investigators believe that CARDOSO retained authority and control over the premises of Target Location 2.

20.     Based on investigators' training and experience, law enforcement knows that drug traffickers may maintain multiple residences for purposes of distancing themselves from their stash locations, which (as noted herein) may be the target of robberies or home invasions. Maintaining multiple residences also allows drug traffickers to store various items relating to their drug trafficking activities in multiple locations, thereby hindering law enforcement's ability to track their activities.

**b.   Snapchat Messages Depicting Drugs and Proceeds at Target Location 2**

21.     In reviewing certain content associated with the CARDOSO ACCOUNT, law enforcement observed several videos, photos, and messages depicting large amounts of cash, an Audemars Piguet watch, and multiple cell phones.

22.     For example, on September 11, 2021, at approximately 2:21 am, CARDOSO used the CARDOSO ACCOUNT sent a photograph to another Snapchat user.  The photograph showed the Audemars Piguet watch on an individual's wrist and a large amount of cash on a white countertop that housed a stainless steel undermount sink.  Investigators have reviewed CARDOSO's electronic monitoring location at the time this picture was sent (September 11, 2021 at approximately 2:21 am).  At that time, electronic monitoring showed CARDOSO to be in the vicinity of 99 Needham Street, Apartment 1422 (i.e., Target Location 2) of the Avalon at Newton Highland Apartment in Newton, Massachusetts.



*Photograph sent by the CARDOSO ACCOUNT to*
*another Snapchat account on September 11, 2021*

23.     On September 17, 2021, at approximately 9:57 pm, CARDOSO used the

CARDOSO ACCOUNT to send a photograph to another Snapchat user that depicted a large

amount of cash and five cellular phones on a dark colored ottoman.  The photograph also showed

light wood flooring and beige walls with white trim.



*Photograph sent by the CARDOSO ACCOUNT*
*to another Snapchat account on September 17, 2021*

24.     Law enforcement also observed that CARDOSO sent the address of Target

Location 2 to a number of Snapchat users written Snapchat messages from at least May 2021 through August 2021, identifying Target Location 2 as "Avalon Newton highlands," "Avalon Newton ma," or "99 Needham St Newton, MA 02461 United States". I believe that CARDOSO shared the address of Target Location 2 with his associates because he wanted to meet with his associates at the location he controlled.

### D.  Search Warrant Executions at Target Location 1 and Target Location 2

25.     On October 22, 2021, law enforcement officers executed search warrants at Target Location 1 and Target Location 2.

26.     Upon executing the search warrant at Target Location 1 at approximately 6:00 am, law enforcement officers noted that no one was present at the location.  Officers conducted a search of the location.  Officers noted that the interior of Target Location 1, including the countertop, floors, and configuration of the apartment, matched the photographs referenced above.  Specifically, the countertops investigators observed in Target Location 1 during the search warrant's execution matched the countertops atop which multiple suspected kilograms of drugs sat in images sent from the CARDOSO ACCOUNT to other Snapchat accounts. Photographs of the kitchen area of Target Location 1 taken on October 22, 2021, follow:





27.     As compared, the images sent by the CARDOSO ACCOUNT depicted the bricks of cocaine or fentanyl on the corner of the center island countertop.  The brown cabinets, dish washer, and two basin kitchen sink with single handle faucet can be observed in the background:



28.     Officers located and seized numerous items including large quantities of suspected cocaine and fentanyl, packaging material, packaging/pressing equipment (including a hydraulic press, press plates, and various symbols, logos, and emblems), approximately $72,000 cash, and at least one cellular phone.  Investigators sent the suspected cocaine and fentanyl to the Drug Enforcement Administration Northeast Laboratory ("the DEA Lab") for analysis.  As of November 30, 2021, the DEA Lab has provided Chemical Analysis reports for approximately 13 items seized from Target Location 1, with several reports outstanding.  The Chemical Analysis reports indicate that over 6,663 grams of Cocaine and over 1,725 grams of Fentanyl were seized

from Target Location 1. Below are images of several items observed and seized from Target Location 1, including red/orange pills believed to be pressed Adderall, a brick bearing a "Superman" logo, kilo press parts, and a hydraulic press.













*Image of hydraulic press in Target Location 1 on October 22, 2021*

29.      Upon executing the search warrant at Target Location 2 at approximately 6:00 am, law enforcement officers noted that no one was present at the location.  Officers noted that the interior of Target Location 2, including the countertop and configuration of the apartment, matched that as previously observed in the photographs referenced in paragraph 22. Specifically, the countertops, sink, and countertop configuration, investigators observed in Target Location 2 during the search warrant's execution matched the countertops visible in images sent from the CARDOSO ACCOUNT to other Snapchat accounts while his location monitoring showed him to be in the vicinity of Target Location 2.

 

*Photographs of Target Location 2 during search warrant execution on October 22, 2021*



*Photograph sent by the CARDOSO ACCOUNT to another Snapchat user on September 11, 2021*

      30.     Officers conducted a search of the location and located and seized numerous

items including an FMK 9mm pistol containing a magazine loaded with 14 rounds of ammunition, approximately $26,180 cash, an Audemars Piguet watch (that matched the watch depicted in the CARDOSO ACCOUNT as described in paragraph 22), a diamond pendant, and over 22 cellular phones.

 








**E.  Arrest of CARDOSO**

31.     Following the execution of the search warrants at Target Location 1 and Target Location 2, law enforcement officers reviewed CARDOSO's electronic monitoring location and observed that he was located near the Sheraton Boston Needham Hotel, 100 Cabot Street, Needham, Massachusetts (roughly one mile from Target Location 2).  At approximately 11:00 am, officers observed CARDOSO exit the hotel with two females, one of whom was later identified as his paramour described above.  The three individuals entered a white 2018 Dodge

Durango, Massachusetts license plate 2KBF29.  CARDOSO entered the right rear passenger

seat.  Officers approached the Durango and placed CARDOSO under arrest for possession of the

firearm recovered from Target Location 2.  During the arrest, officers observed $5,520 in cash,

banded in various denominations, in a shopping bag in the front passenger seat.  Officers

searched CARDOSO incident to arrest and recovered approximately $1,274 cash and three

cellular phones on his person.

**CONCLUSION**

32.     Based on all of the foregoing, there is probable cause to believe that Kevin

CARDOSO has committed the following offenses: on or about October 22, 2021, CARDOSO

possessed with intent to distribute controlled substances, namely Cocaine and Fentanyl, Schedule

II Controlled Substances, in violation of 21 U.S.C. § 841.

Sworn to under the pains and penalties of perjury,



Timothy R. Kenny
Special Agent
Federal Bureau of Investigation

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of Criminal

Procedure 4.1 on _____, 2021 December 1, 2021

_____
HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE