UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | MBD No. 21-MC-91737 |
| ) | |
| **KEVIN CARDOSO,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the Assented-To Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint, *United States v. Kevin Cardoso*, Case No. 21-MJ-2824-MBB. The parties have engaged in discussions regarding the case. However, even with due diligence, the parties expect to be unable to finalize their discussions prior to the time within which an indictment must be filed. As a result, the United States requests an extension of time to return an indictment. The requested exclusion of time represents an extension of the United States' time to file an indictment under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from January 5, 2022, through and including February 4, 2022, from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the Assented-To Motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment must be filed is continued to February 4, 2022; and (2) the period from January 5, 2022, through and including February 4, 2022, is excluded from the speedy trial clock and from the time within which an indictment must be filed.

**/s/ Richard G. Stearns**
UNITED STATES DISTRICT JUDGE

Date: **12/14/2021**